IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALBERTA STRONG, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 12-4120-RDR-KGG |
| MICHAEL J. ASTRUE, COMMISSIONER, SSA | ) |
| Defendant. | ) |

## ORDER ON IFP STATUS

With the assistance of counsel, Plaintiff Alberta Strong filed a federal court Complaint appealing a ruling by an Administrative Law Judge that denied her application for Social Security disability benefits.  (Doc. 1.)  In conjunction with her Complaint, Plaintiff also filed a Motion to Proceed Without Prepayment of Fees (*IFP* Application, Doc. 3, sealed).

Under 28 U.S.C. § 1915(a), a federal court may authorize commencement of an action without prepayment of fees, costs, etc., by a person who lacks financial means.  28 U.S.C. § 1915(a).  In so doing, the court considers the affidavit of financial status included with the application.  *See id.*

There is a liberal policy toward permitting proceedings *in forma pauperis* when necessary to ensure that the courts are available to all citizens, not just those

who can afford to pay.  *See generally,* **Yellen v. Cooper**, 828 F.2d 1471 (10th Cir. 1987).  In construing the application and affidavit, courts generally seek to compare an applicant's monthly expenses to monthly income.  *See* **Patillo v. N. Am. Van Lines, Inc**., No. 02-2162, 2002 WL 1162684, at *1 (D.Kan. Apr. 15, 2002); **Webb v. Cessna Aircraft**, No. 00-2229, 2000 WL 1025575, at *1 (D.Kan. July 17, 2000) (denying motion because "Plaintiff is employed, with monthly income exceeding her monthly expenses by approximately $600.00").

According to her *IFP* Application, Plaintiff's modest monthly income derives from alimony and public assistance.  (*Id*., at 3-4.)  She indicates, however, that her alimony was "paid off in September 2012."  (*Id*., at 9.)  As such, she has been "depend[ing] on friends and family to pay [her] bills."  (*Id*.)  She lists typical monthly expenses, including rent, utilities and medical expenses.  (*Id*., at 7.)  She has only a very small amount of cash on hand.  (*Id*., at 5.)  She does not own an home and has a modest automobile.  (*Id*.)

Considering all of the information contained in the financial affidavit, the Court finds that Plaintiff has established that her access to the Courts would be severely inhibited absent a finding of *IFP* status.  The Court therefore **GRANTS** Plaintiff leave to proceed *in forma pauperis* and directs that this case be filed without payment of a filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's Request to Proceed *In Forma Pauperis* (Doc. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's office shall proceed to issue summons in this case.

Dated at Wichita, Kansas, on this 7th day of January, 2013.

                                     S/ KENNETH G. GALE
                                     KENNETH G. GALE
                                     United States Magistrate Judge